In the Matter of ROSEMARIE B., Petitioner, v CAROL C., Appellant, and RONNIE C. et al., Respondents. [910 NYS2d 735]— Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered July 15, 2009 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*Matter of Rivera v Perez*, 299 AD2d 944 [2002]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.